PER CURIAM.

(No. 74-CC-178—Claimant )

FRANK J. CORBETT RECRUITMENT ADVERTISING, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 22, 1974.*

FRANK J. CORBETT RECRUITMENT ADVERSTISING, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.